IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR.S-09-0054 WBS |
| Plaintiff, | |
| v. | ORDER |
| TAMI DEANDA | |
| Defendant. | |
| _____/ | |

On April 15, 2009, this matter came before the court for hearing on defendant's motion to reconsider her bail status. (Doc. No. 38.) Assistant United States Attorney Jill Thomas appeared on behalf of the United States. Attorney Shari Rusk appeared on behalf of defendant Tami Deanda.

For the reasons set forth on the record at the hearing, the court denied the motion because there is still an outstanding no bail warrant for the defendant issued by the Sacramento County Superior Court in connection with the related probation violation petition. As also noted at the hearing, if that state court warrant is recalled and

1 | if conditions of release can be offered which address to this court's
2 | satisfaction concerns raised by the defendant's continued drug abuse,
3 | the court would consider releasing the defendant on conditions that
4 | could otherwise be fashioned.
5 |     IT IS SO ORDERED.
6 | DATED: April 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
deanda0054.oah