UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:09-cr-54 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Tami Kishi Deanda, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Tami Kishi Deanda  Case 2:09-cr-54 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  X    Bail Posted in the Sum of $50,000

  X    Unsecured bond, co-signed by defendant's mother and step-father

  X    (Other) Pretrial conditions/supervision; On Wednesday, June 24, 2009, at 8:30 a.m., the U.S. marshals shall release the defendant to the custody of Pretrial Services. Defense counsel's investigator, Lisa Gara, shall escort the defendant from Pretrial Services, on said date, to attempt to enroll the defendant in the Sacramento County Sheriff's Work Project program and clear any warrants. The investigator shall return the defendant to the U.S. marshals on June 24, 2009, by 3:00 p.m.

Issued at  Sacramento, CA  on  6/22/09   at  4:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge