Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr. S. 09-054 WBS/KJM |
|---|---|
| Plaintiff, | ) STIPULATION & ORDER RE: RELEASE TO ) TREATMENT FACILITY |
| vs. | ) |
| Tami Deanda, | ) |
| Defendant. | ) |

Defendant, Tami Deanda, appeared before this court on June 22, 2009. The court ordered Ms. Deanda's release for one day to allow her to appear on an outstanding warrant in San Joaquin County and to apply for Sheriff's work project in Sacramento. Ms. Deanda has accomplished both these tasks. San Joaquin warrant SM260477A has been recalled. Ms. Deanda was placed on informal probation for three years with a condition that she complete the recovery program at The Effort. The Sheriff's work project has given Ms. Deanda until October of 2009 to complete her work project and stayed the current order until she completes treatment at the Effort.

Ms. Deanda is being returned to federal custody today. The Recovery House, 500 W Hospital Road, French Camp, CA 95231, has a bed for Ms. Deanda available tomorrow morning, Thursday, June 25, 2009.

1  The United States Marshal's are able to transport Ms. Deanda to
2  Federal Court in Sacramento Thursday morning to be picked up by
3  defense investigator, Lisa Gara, and transported to the Recovery
4  House.  Ms. Deanda will reside at the Recovery House until a bed is
5  available at the Effort in Sacramento on June 16. 2009.  Ms. Gara will
6  transport Ms. Deanda from the Recovery House to the Effort on that
7  day.

Dated: June 24, 2009            Respectfully submitted,


                                _/s/ Shari Rusk_____
                                Shari Rusk
                                Attorney for Defendant
                                Tami Deanda



                                /s/ Mike Beckwith_____

                                Assistant United States Attorney

**ORDER**

   It is hereby ordered that Tami Deanda be released Thursday morning, June 25, 2009 to the United States Pre-trial Services Office and be transported to the Recovery House in San Joaquin County by defense Investigator, Lisa Gara.  Ms. Deanda is to reside at Recovery House until a bed is available at the Effort in Sacramento on July 16, 2009 at which time Ms. Gara will transport Ms. Deanda to the Effort.
Date:  June 24, 2009.

                                _____
                                U.S. MAGISTRATE JUDGE