DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**JOSEPH DEANDA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0054 WBS |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: August 3, 2009<br>TIME: 8:30 AM |
| JOSEPH DEANDA, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant U.S. Attorney, and defendant Joseph DeAnda, by and through his attorney, Dan Koukol, that the status conference of August 3, 2009 be vacated and that a status conference be set for August 24, 2009 at 8:30 AM.

//

//

//

//

//

//

-1-

This continuance is being requested because the government needs additional time to prepare for the sentencing hearing.

DATED: JULY 30, 2009          Respectfully submitted,


                              /s/ DAN KOUKOL
                              _____
                              DAN KOUKOL
                              Attorney for defendant Joseph DeAnda


DATED: JULY 30, 2009          Respectfully submitted,


                              /s/ DAN KOUKOL FOR
                              _____
                               KYLE REARDON
                              Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:  July 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE