Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr. S. 09-0545 |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) DATE:   September 28, 2009<br>) TIME:   8:30 a.m.<br>) COURT:  Hon. William B. Shubb |
| Tami Deanda,et. al. | ) |
| Defendants | |

Defendants, Tami Deanda, by and through her undersigned counsel, Shari Rusk, and Clint Irons, by and through his undersigned counsel, Tom Johnson, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for August 17, 2009 be re-scheduled for a status conference on September 28, 2009.  The parties are in negotiations and additional time is needed for continued defense preparation and investigation.  Therefore the parties request that the matter be placed on calendar for a status conference on September 28. 2009 and that date is available with the Court.

All parties agree that time should be excluded up to and through September 28, 2009 under the Speedy Trial Act, pursuant to 18 U.S.C. §

-1-

1  3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient
2  time to prepare and investigate this matter.
3  ///
4  ///
5
6  Dated: August 13, 2009                Respectfully submitted,
7
8                                        _/s/ Shari Rusk_____
                                         Shari Rusk
9                                        Attorney for Defendant
                                         Tami Deanda
10
11
12                                       /s/ Tom Johnson_____
                                         Tom Johnson
13                                       Attorney for Defendant
                                         Clint Irons
14
15
   Dated: August 13, 2009
16                                       /s/ Kyle Reardon ____
                                         Kyle Reardon
17                                       Assistant United States Attorney
18
19
                         **ORDER**
20
21       It is so ordered.
22
   DATED:  August 13, 2009
23
24
25                          [signature]
26                       WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE
27
28

-2-