UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

  -vs-

Tami Kishi Deanda             **Docket No. 2:09-CR-0054 WBS-2**

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Tami K. Deanda, who was placed on bond by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 22nd day of June 2009, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS**: The defendant was released on a $50,000 unsecured appearance bond, co-signed by her mother and step-father, with Pretrial Services supervision and special conditions of release. Please refer to Page 2.

**OFFENSE:** 18: 371 - Conspiracy to Counterfeit United States Obligations; 18:471 - Counterfeiting United States ; and 18:472 - Possession of Counterfeit United States

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On Thursday, September 24, 2009, Ms. Deanda was terminated from The Effort residential substance abuse treatment program prior to her 90 day completion date for violating program rules.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing be calendered for Monday, September 28, 2009 at 2:00 p.m. to address the violation of her release conditions.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**     On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                      Respectfully submitted,

                                                      */s/ Steven J. Sheehan*

                                                      Steven J. Sheehan
                                                      U.S. Pretrial Services Officer
                                                      September 25, 2009

**ORDER**

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ ___.

_____ The Court orders a summons be issued with an appearance date of _____.

**X**     The Court hereby orders this matter placed on this court's calendar on **Monday, September 28, 2009** at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

                                                    Considered and ordered this 28th day of
                                                    September, 2009, and ordered filed and
                                                    made a part of the records in the above case.
                                                    /s/ Gregory G. Hollows
                                                    _____
      deanda.ord                          U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
Deanda, Tami K.

**SPECIAL CONDITIONS OF RELEASE:**

1. On Wednesday, June 24, 2009, at 8:30 a.m., the U.S. marshals shall release the defendant to the custody of Pretrial Services. Defense counsel's investigator, Lisa Gara, shall escort the defendant from Pretrial Services, on said date, to attempt to enroll the defendant in the Sacramento County Sheriff's Work Project program and clear any warrants. The investigator shall return the defendant to the U.S. marshals on June 24, 2009, by 3:00 p.m.;

2. At another date to be determined by the Court, at 8:30 a.m., the U.S. marshals shall release the defendant again to the custody of Pretrial Services. Defense counsel's investigator shall escort the defendant from Pretrial Services, on said determined date, to San Joaquin County to clear any warrants and set any necessary court dates;

3. Once all warrants are cleared, the defendant shall be escorted by the investigator and participate in the San Joaquin County residential treatment program recommended by defense counsel while awaiting bed space at The Effort Residential Treatment Program in Sacramento. The defendant will leave the San Joaquin County facility and report to The Effort Residential Treatment Program on July 16, 2009, before 10:00 a.m. If you are not accepted into the San Joaquin County residential program, the investigator shall escort you to the U.S. marshals for booking purposes and transportation to the county jail;

4. If the defendant is still in custody and not participating in the San Joaquin County residential program, the U.S. marshals shall release the defendant to the custody of Pretrial Services on July 16, 2009, at 8:30 a.m., and at that time a responsible party will escort the defendant to The Effort residential program to ensure she is admitted that day;

5. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

6. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

7. You shall participate and comply with all of the rules and regulations of the substance abuse treatment program at The Effort, Inc., inpatient facility, and you shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

8. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

9. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

10. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medications. However, medicinal marijuana, prescribed or not, may not be used;

11. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

12. Upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

13. You shall seek and/or maintain employment and provide verification monthly to Pretrial Services as directed upon successfully completing the residential treatment program;

14. You shall not apply for a passport or any travel documents during the pendency of this case;

15. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and,

16. You shall not have any contact with the co-defendants, except for family members, unless in the presence of counsel.

June 22, 2009