Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr. S. 09-054 |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) DATE:   October 26,, 2009<br>) TIME:   8:30 a.m.<br>) COURT:  Hon. William B. Shubb |
| Tami Deanda,et. al. | ) |
| Defendants | |

Defendants, Tami Deanda, by and through her undersigned counsel, Shari Rusk, and Clint Irons, by and through his undersigned counsel, Tom Johnson, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for September 28, 2009 be re-scheduled for a status conference on October 26, 2009.  The parties are in negotiations and additional time is needed for continued defense preparation and investigation.  Therefore the parties request that the matter be placed on calendar for a status conference on October 26, 2009 and that date is available with the Court.

All parties agree that time should be excluded up to and through October 26, 2009 under the Speedy Trial Act, pursuant to 18 U.S.C. §

-1-

3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient time to prepare and investigate this matter.

///

///

Dated: September 30, 2009           Respectfully submitted,


                                    _/s/ Shari Rusk_____
                                    Shari Rusk
                                    Attorney for Defendant
                                    Tami Deanda


                                    /s/ Tom Johnson_____
                                    Tom Johnson
                                    Attorney for Defendant
                                    Clint Irons


Dated: September 30, 2009
                                    /s/ Kyle Reardon_____
                                    Kyle Reardon
                                    Assistant United States Attorney


**ORDER**

    It is so ordered.

DATED:  September 25, 2009

                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE