```
LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH DEANDA, et al.,<br><br>        Defendants. | CR. S-09-054 WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Time: 9:00 am<br>Date: Monday, October 26, 2009<br>Court: Hon. William B. Shubb |

    Defendants Tami Kishi Deanda and Clinton Earl Irons, by and through their attorneys, and the government, by and through the undersigned Assistant United States Attorney request that the status conference currently start for Monday, October 26, 2008, at 8:30 a.m., be continued to Monday, November 9, 2009, at 8:30 a.m., and stipulate that the time from October 26, 2009, and extending through November 9, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

    The parties are currently reviewing discovery in the case and engaging in additional investigation.  Accordingly, the

1

1 parties believe that the continuance should be excluded from the
2 calculation of time under the Speedy Trial Act.  The additional
3 time is necessary to ensure effective preparation, taking into
4 account the exercise of due diligence.  18 U.S.C. §
5 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice
6 served by granting this continuance outweigh the best interests
7 of the public and the defendant in a speedy trial.  18 U.S.C. §
8 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              LAWRENCE G. BROWN
                                              United States Attorney

DATED: October 21, 2009       By:   */s/ Kyle Reardon*
                                              KYLE REARDON
                                              Assistant U.S. Attorney


DATED: October 21, 2009       By:   */s/ Kyle Reardon* for
                                              SHARI RUSK
                                              Attorney for Defendant Tami Kishi Deanda


DATED: October 21, 2009       By:   */s/ Kyle Reardon* for
                                              TOM JOHNSON
                                              Attorney for Defendant Clinton Earl Irons

**ORDER**

The status conference in case number 2:09-CR-0054 WBS, currently set for October 26, 2009, at 8:30 a.m., is continued to Monday, November 9, 2009, at 8:30 a.m., and the time beginning October 26, 2009, and extending through November 9, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.
IT IS SO ORDERED.

DATED: October 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE